# zelis

| Zelis Healthcare Corporation | | Pay Statement | |
|---|---|---|---|
| 2 Crossroads Drive | | Period Start Date | 10/04/2021 |
| Bedminster, NJ 07921 | | Period End Date | 10/17/2021 |
| 980-389-8691 | | Pay Date | 10/22/2021 |
| | | Document | 87076 |
| | | Net Pay | $1,374.26 |

## Pay Details

| **Toni C Williams** | | **Employee Number** | 012787 | **Pay Group** | Biweekly 80 |
|---|---|---|---|---|---|
| 3000 Esquire Circle | | **SSN** | XXX-XX-XXXX | **Location** | Atlanta, GA |
| Apt. L | | **Job** | Settlement Support Spec | **Busi Unit** | CM - Claims Cost Solutions |
| Kennesaw, GA 30144 | | | | **Cost Center** | OPS1 - Operations |
| USA | | **Pay Rate** | $20.0000 | **Department** | CI1050 - CCS-Ops-Claims Settlement |
| | | **Pay Frequency** | Biweekly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Group Term Life | | $1.23 | $7.38 |
| Holiday | 0.0000 | $0.00 | $160.00 |
| Paid Time Off | 0.0000 | $0.00 | $60.00 |
| Regular Pay | 77.5300 | $1,550.60 | $8,901.80 |
| Sick Pay | 0.0000 | $0.00 | $320.00 |
| Zelis Cares Hrs | 4.0000 | $80.00 | $360.00 |

Total Hours  81.5300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $1.23 | $7.38 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $4.42 | $26.52 |
| LTD | Yes | $0.00 | $0.00 | $12.46 | $74.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $70.29 | $425.75 |
| Employee Medicare | $23.66 | $142.23 |
| Social Security Employee Tax | $101.17 | $608.17 |
| GA State Income Tax | $61.22 | $368.39 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $250.00 |
| | Checking | $300.00 |
| | Checking | $824.26 |
| Total | | $1,374.26 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,631.83 | $1,631.83 | $256.34 | $1.23 | $1,374.26 |
| YTD | $9,809.18 | $9,809.18 | $1,544.54 | $7.38 | $8,257.26 |

# zelis

Zelis Healthcare Corporation
2 Crossroads Drive
Bedminster, NJ 07921
980-389-8691

**Pay Statement**

| | |
|---|---|
| **Period Start Date** | 09/20/2021 |
| **Period End Date** | 10/03/2021 |
| **Pay Date** | 10/08/2021 |
| **Document** | 85635 |
| **Net Pay** | $1,375.54 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| **Toni C Williams** | | **Employee Number** | 012787 | **Pay Group** | Biweekly 80 | |
| 3000 Esquire Circle | | **SSN** | XXX-XX-XXXX | **Location** | Atlanta, GA | |
| Apt. L | | **Job** | Settlement Support Spec | **Busi Unit** | CM - Claims Cost Solutions | |
| Kennesaw, GA 30144 | | | | **Cost Center** | OPS1 - Operations | |
| USA | | **Pay Rate** | $20.0000 | **Department** | CI1050 - CCS-Ops-Claims Settlement | |
| | | **Pay Frequency** | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Group Term Life | | $1.23 | $6.15 |
| Holiday | 0.0000 | $0.00 | $160.00 |
| Paid Time Off | 0.0000 | $0.00 | $60.00 |
| Regular Pay | 77.6300 | $1,552.60 | $7,351.20 |
| Sick Pay | 0.0000 | $0.00 | $320.00 |
| Zelis Cares Hrs | 4.0000 | $80.00 | $280.00 |

Total Hours 81.6300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $1.23 | $6.15 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $4.42 | $22.10 |
| LTD | Yes | $0.00 | $0.00 | $12.46 | $62.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $70.73 | $355.46 |
| Employee Medicare | $23.69 | $118.57 |
| Social Security Employee Tax | $101.30 | $507.00 |
| GA State Income Tax | $61.34 | $307.17 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $250.00 |
| | Checking | $300.00 |
| | Checking | $825.54 |
| Total | | $1,375.54 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,633.83 | $1,633.83 | $257.06 | $1.23 | $1,375.54 |
| YTD | $8,177.35 | $8,177.35 | $1,288.20 | $6.15 | $6,883.00 |



Zelis Healthcare Corporation
2 Crossroads Drive
Bedminster, NJ 07921
980-389-8691

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/06/2021 |
| Period End Date | 09/19/2021 |
| Pay Date | 09/24/2021 |
| Document | 84167 |
| Net Pay | $1,383.55 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| **Toni C Williams** | | Employee Number | 012787 | Pay Group | Biweekly 80 | |
| 3000 Esquire Circle | | SSN | XXX-XX-XXXX | Location | Atlanta, GA | |
| Apt. L | | Job | Settlement Support Spec | Busi Unit | CM - Claims Cost Solutions | |
| Kennesaw, GA 30144 | | | | Cost Center | OPS1 - Operations | |
| USA | | Pay Rate | $20.0000 | Department | CI1050 - CCS-Ops-Claims Settlement | |
| | | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Group Term Life | | $1.23 | $4.92 |
| Holiday | 8.0000 | $160.00 | $160.00 |
| Paid Time Off | 3.0000 | $60.00 | $60.00 |
| Regular Pay | 69.2500 | $1,385.00 | $5,798.60 |
| Sick Pay | 0.0000 | $0.00 | $320.00 |
| Summer Hours | 2.0000 | $40.00 | $200.00 |

Total Hours  82.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $1.23 | $4.92 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $4.42 | $17.68 |
| LTD | Yes | $0.00 | $0.00 | $12.46 | $49.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $73.46 | $284.73 |
| Employee Medicare | $23.87 | $94.88 |
| Social Security Employee Tax | $102.07 | $405.70 |
| GA State Income Tax | $62.05 | $245.83 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $250.00 |
| | Checking | $300.00 |
| | Checking | $833.55 |
| Total | | $1,383.55 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,646.23 | $1,646.23 | $261.45 | $1.23 | $1,383.55 |
| YTD | $6,543.52 | $6,543.52 | $1,031.14 | $4.92 | $5,507.46 |



Zelis Healthcare Corporation
2 Crossroads Drive
Bedminster, NJ 07921
980-389-8691

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/23/2021 |
| Period End Date | 09/05/2021 |
| Pay Date | 09/10/2021 |
| Document | 82880 |
| Net Pay | $1,389.11 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| **Toni C Williams** | | Employee Number | 012787 | Pay Group | Biweekly 80 | |
| 3000 Esquire Circle | | SSN | XXX-XX-XXXX | Location | Atlanta, GA | |
| Apt. L | | Job | Settlement Support Spec | Busi Unit | CM - Claims Cost Solutions | |
| Kennesaw, GA 30144 | | | | Cost Center | OPS1 - Operations | |
| USA | | Pay Rate | $20.0000 | Department | CI1050 - CCS-Ops-Claims Settlement | |
| | | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Group Term Life | | $1.23 | $3.69 |
| Regular Pay | 72.6800 | $1,453.60 | $4,413.60 |
| Sick Pay | 8.0000 | $160.00 | $320.00 |
| Summer Hours | 2.0000 | $40.00 | $160.00 |

Total Hours  82.6800

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Group Term Life | No | $1.23 | $3.69 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $4.42 | $13.26 |
| LTD | Yes | $0.00 | $0.00 | $12.46 | $37.38 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $75.35 | $211.27 |
| Employee Medicare | $23.99 | $71.01 |
| Social Security Employee Tax | $102.60 | $303.63 |
| GA State Income Tax | $62.55 | $183.78 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $250.00 |
| | Checking | $300.00 |
| | Checking | $839.11 |
| Total | | $1,389.11 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,654.83 | $1,654.83 | $264.49 | $1.23 | $1,389.11 |
| YTD | $4,897.29 | $4,897.29 | $769.69 | $3.69 | $4,123.91 |



R1 RCM Inc.
401 N. Michigan Ave
Suite 600
Chicago, IL 60611
312-324-7820

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/19/2021 |
| Period End Date | 10/02/2021 |
| Pay Date | 10/08/2021 |
| Document | 1009923 |
| Net Pay | $1,710.82 |

## Pay Details

**TONI C WILLIAMS**
3000 ESQUIRE CIR NW
APT. L
KENNESAW, GA 30144
USA

| | |
|---|---|
| Employee Number | 000022018 |
| SSN | XXX-XX-XXXX |
| Job | Team Lead |
| Pay Rate | $18.8200 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Hourly Bi-Weekly |
| Location | Travellers Tower II |
| Department | 7112 - Customer Service |
| Activity | 3241 - Customer Service |
| Division | 01SSSS - Shared Services |
| Work Type | 200100 - Team Lead |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Gift Card | 0.0000 | $0.0000 | $0.00 | $23.55 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $451.68 |
| Maternity Hourl | 0.0000 | $0.0000 | $0.00 | $3,965.76 |
| OT Premium | 9.8700 | $9.4100 | $92.88 | |
| OT Premium | 6.4800 | $9.4100 | $60.98 | $2,045.32 |
| Overtime | 9.8700 | $18.8200 | $185.75 | |
| Overtime | 6.4800 | $18.8200 | $121.95 | $4,090.61 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,344.00 |
| Regular Pay | 40.0000 | $18.8200 | $752.80 | |
| Regular Pay | 40.0000 | $18.8200 | $752.80 | $25,087.71 |

| | | |
|---|---|---|
| Total Hours Worked  0.0000 | Total Hours  96.3500 | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $27.74 | $554.80 | $32.78 | $655.60 |
| Medical Pre Tax | Yes | $0.00 | $464.04 | $0.00 | $1,136.88 |
| Miscellaneous | No | $0.00 | $15.00 | $0.00 | $0.00 |
| Post Tax Leg In | No | $8.54 | $170.80 | $0.00 | $0.00 |
| Pretax Retro | Yes | $0.00 | ($472.98) | $0.00 | ($1,132.97) |
| Vision Pre Tax | Yes | $0.00 | $17.88 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.22 | $4.40 |
| ER Life & AD&D | No | $0.00 | $0.00 | $1.22 | $24.19 |
| ER Paid LTD | Yes | $0.00 | $0.00 | $6.55 | $129.88 |
| ER Paid STD | Yes | $0.00 | $0.00 | $0.93 | $14.88 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $13.30 | $480.35 |
| Employee Medicare | $28.12 | $528.45 |
| Social Security Employee Tax | $120.24 | $2,259.58 |
| MI State Income Tax | $58.40 | $1,069.08 |
| Detroit R | $0.00 | $595.07 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $1,315.00 |
| | Checking | $150.00 |
| | Checking | $245.82 |
| Total | | $1,710.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,967.16 | $1,939.42 | $220.06 | $36.28 | $1,710.82 |
| YTD | $37,008.63 | $36,444.89 | $4,932.53 | $749.54 | $31,326.56 |



**R1 RCM Inc.**
401 N. Michigan Ave
Suite 600
Chicago, IL 60611
312-324-7820

| Pay Statement | |
|---|---|
| Period Start Date | 09/05/2021 |
| Period End Date | 09/18/2021 |
| Pay Date | 09/24/2021 |
| Document | 997300 |
| Net Pay | $1,700.29 |

## Pay Details

| | | | |
|---|---|---|---|
| **TONI C WILLIAMS** | Employee Number  000022018 | Pay Group  Hourly Bi-Weekly | |
| 3000 ESQUIRE CIR NW | SSN  XXX-XX-XXXX | Location  Travellers Tower II | |
| APT. L | Job  Team Lead | Department  7112 - Customer Service | |
| KENNESAW, GA 30144 | Pay Rate  $18.8200 | Activity  3241 - Customer Service | |
| USA | Pay Frequency  Biweekly | Division  01SSSS - Shared Services | |
| | | Work Type  200100 - Team Lead | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Gift Card | 0.0000 | $0.0000 | $0.00 | $23.55 |
| Holiday | 8.0000 | $18.8200 | $150.56 | $451.68 |
| Maternity Hourl | 0.0000 | $0.0000 | $0.00 | $3,965.76 |
| OT Premium | 12.0800 | $9.4100 | $113.67 | $1,891.46 |
| Overtime | 12.0800 | $18.8200 | $227.35 | $3,782.91 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,344.00 |
| Regular Pay | 37.6700 | $18.8200 | $708.95 | |
| Regular Pay | 40.0000 | $18.8200 | $752.80 | $23,582.11 |

Total Hours Worked  0.0000     Total Hours  97.7500

## Deductions

| | | Employee | | Employer | |
|---|---|---:|---:|---:|---:|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $27.74 | $527.06 | $32.78 | $622.82 |
| Medical Pre Tax | Yes | $0.00 | $464.04 | $0.00 | $1,136.88 |
| Miscellaneous | No | $0.00 | $15.00 | $0.00 | $0.00 |
| Post Tax Leg In | No | $8.54 | $162.26 | $0.00 | $0.00 |
| Pretax Retro | Yes | $0.00 | ($472.98) | $0.00 | ($1,132.97) |
| Vision Pre Tax | Yes | $0.00 | $17.88 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.22 | $4.18 |
| ER Life & AD&D | No | $0.00 | $0.00 | $1.22 | $22.97 |
| ER Paid LTD | Yes | $0.00 | $0.00 | $6.55 | $123.33 |
| ER Paid STD | Yes | $0.00 | $0.00 | $0.93 | $13.95 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $11.64 | $467.05 |
| Employee Medicare | $27.92 | $500.33 |
| Social Security Employee Tax | $119.39 | $2,139.34 |
| MI State Income Tax | $57.81 | $1,010.68 |
| Detroit R | $0.00 | $595.07 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| | Checking | $1,315.00 |
| | Checking | $150.00 |
| | Checking | $235.29 |
| Total | | $1,700.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,953.33 | $1,925.59 | $216.76 | $36.28 | $1,700.29 |
| YTD | $35,041.47 | $34,505.47 | $4,712.47 | $713.26 | $29,615.74 |



R1 RCM Inc.
401 N. Michigan Ave
Suite 600
Chicago, IL 60611
312-324-7820

| **Pay Statement** | |
|---|---|
| **Period Start Date** | 08/22/2021 |
| **Period End Date** | 09/04/2021 |
| **Pay Date** | 09/10/2021 |
| **Document** | 986162 |
| **Net Pay** | $1,681.09 |

## Pay Details

| | | | |
|---|---|---|---|
| **TONI C WILLIAMS** | **Employee Number** 000022018 | **Pay Group** Hourly Bi-Weekly | |
| 3000 ESQUIRE CIR NW | **SSN** XXX-XX-XXXX | **Location** Travellers Tower II | |
| APT. L | **Job** Team Lead | **Department** 7112 - Customer Service | |
| KENNESAW, GA 30144 | **Pay Rate** $18.8200 | **Activity** 3241 - Customer Service | |
| USA | **Pay Frequency** Biweekly | **Division** 01SSSS - Shared Services | |
| | | **Work Type** 200100 - Team Lead | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Gift Card | 0.0000 | $0.0000 | $0.00 | $23.55 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $301.12 |
| Maternity Hourl | 0.0000 | $0.0000 | $0.00 | $3,965.76 |
| OT Premium | 9.9200 | $9.4100 | $93.35 | $1,777.79 |
| Overtime | 9.9200 | $18.8200 | $186.69 | $3,555.56 |
| PTO | 8.0000 | $18.8200 | $150.56 | $1,344.00 |
| Regular Pay | 39.5700 | $18.8200 | $744.71 | |
| Regular Pay | 40.0000 | $18.8200 | $752.80 | $22,120.36 |

Total Hours Worked  0.0000     Total Hours  97.4900

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Dental | Yes | $27.74 | $499.32 | $32.78 | $590.04 |
| Medical Pre Tax | Yes | $0.00 | $464.04 | $0.00 | $1,136.88 |
| Miscellaneous | No | $0.00 | $15.00 | $0.00 | $0.00 |
| Post Tax Leg In | No | $8.54 | $153.72 | $0.00 | $0.00 |
| Pretax Retro | Yes | $0.00 | ($472.98) | $0.00 | ($1,132.97) |
| Vision Pre Tax | Yes | $0.00 | $17.88 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.22 | $3.96 |
| ER Life & AD&D | No | $0.00 | $0.00 | $1.22 | $21.75 |
| ER Paid LTD | Yes | $0.00 | $0.00 | $6.55 | $116.78 |
| ER Paid STD | Yes | $0.00 | $0.00 | $0.93 | $13.02 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $8.62 | $455.41 |
| Employee Medicare | $27.56 | $472.41 |
| Social Security Employee Tax | $117.82 | $2,019.95 |
| MI State Income Tax | $56.74 | $952.87 |
| Detroit R | $0.00 | $595.07 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $1,315.00 |
| | Checking | $150.00 |
| | Checking | $216.09 |
| Total | | $1,681.09 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,928.11 | $1,900.37 | $210.74 | $36.28 | $1,681.09 |
| YTD | $33,088.14 | $32,579.88 | $4,495.71 | $676.98 | $27,915.45 |